UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEROLD CENTENO,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIKA BALLOU, et al.,<br><br>    Defendants. | Case No.: 2:24-cv-00445-CDS-DJA<br><br>**ORDER** |

This action began with a pro se civil-rights complaint under 42 U.S.C. § 1983 submitted by state prisoner Gerold Centeno. (ECF No. 1-1). On March 12, 2024, the Court ordered Plaintiff to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* ("IFP") with all three documents on or before May 13, 2024. (ECF No. 3). Plaintiff timely filed a financial certificate and an inmate trust fund account statement for the previous six-month period. (ECF No. 4). But Plaintiff still has not filed an IFP application itself, which is pages 1–3 of the Court's approved form. (*See* ECF No. 4). The Court will retain Plaintiff's financial documents, and it grant Plaintiff an extension of time to either pay the required filing fee or file a completed IFP application.

It is therefore ordered that Plaintiff has **until June 17, 2024**, to either pay the full $405 filing fee or file a completed application to proceed *in forma pauperis*, which is pages 1–3 of the Court's approved form, with the inmates two signatures on page 3.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can either pay the filing fee or properly apply for *in forma pauperis* status.

The Clerk of the Court is directed to resend Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED THIS 17th day of May 2024.

_____
UNITED STATES MAGISTRATE JUDGE